

# THE THIRTEENTH COURT OF APPEALS

---

13-18-00021-CV

---

Humberto Tijerina, III and Tijerina Legal Group, P.C.
v.
Jude Iwuala, Individually and as Next Friend of O.I., a minor

---

On Appeal from the
430th District Court of Hidalgo County, Texas
Trial Cause No. C-4158-15-J(1)

---

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment in accordance with its opinion dismissing Tijerina's claims without prejudice. Costs of the appeal are adjudged against appellee, Jude Iwuala, Individually and as Next Friend of O.I., a minor.

We further order this decision certified below for observance.

June 27, 2019